```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW HAMPSHIRE
```

**UNITED STATES OF AMERICA**

      **v.**                                             **1:11-cr-**

**BRIAN E. MAHONEY**

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

Between on or about July 31, 2010 and November 5, 2010, in the Districts of New Hampshire and Massachusetts, the defendant

**BRIAN E. MAHONEY**,

an individual required to register under the Sex Offender Registration and Notification Act, who traveled in interstate commerce from the State of New Hampshire to Massachusetts, knowingly failed to update his sex offender registration in the State of New Hampshire, as required by the Sex Offender Registration and Notification Act.

In violation of Title 18, United States Code, Section 2250(a).

January 19, 2011

                                                  TRUE BILL

                                                  /s/ Foreperson
                                                  Grand Jury Foreperson

    John P. Kacavas
    United States Attorney

By: /s/ Arnold H. Huftalen
    Arnold H. Huftalen
    Assistant U.S. Attorney