UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**UNITED STATES OF AMERICA**

  **v.**          11-cr-

**BRIAN MAHONEY**

PRAECIPE FOR WARRANT

  The Clerk of said Court will issue warrant, an Indictment against the above-named defendant having been filed in the above-entitled cause on the 19th day of January, 2011.

  This 19th day of January , 2011.

               /s/ Arnold H. Huftalen
               Arnold H. Huftalen
               Assistant U.S. Attorney

Warrant Issued: _____