UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

        v.                    Criminal No. 11-cr-6-01-JL

Brian E. Mahoney

APPOINTMENT OF FEDERAL DEFENDER

The financial inability of the defendant to retain counsel having been established by the Court, it is hereby

ORDERED that Jeffrey S. Levin, Assistant Federal Defender, be appointed to represent said defendant in this case until further order of the Court.

                By the Court,

February 4, 2011                /s/ Kathy DuPont
                                  Kathy DuPont
                                  Deputy Clerk

cc:    U.S. Attorney
        Jeffrey S. Levin, Assistant Federal Defender
        U.S. Marshal
        U.S. Probation

USDC-NH 32 (12/94)