U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

FEB 04 2011

FILED

**IN RE THE MATTER OF:**

Brian E. Mahoney
(Petitioner's name)

Case No. 11-cr-6-01-JL
(If known)

## REQUEST FOR APPOINTMENT OF COUNSEL

I, Brian E. Mahoney
(name)

respectfully request appointment of counsel to represent me as a

- ☐ grand jury target
- ☐ grand jury witness
- ☒ criminal defendant
- ☐ trial witness

☐ other: _____

I am financially unable to hire counsel. A completed Financial Affidavit is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 2/4/11

α Brian E. Mahony
Signature of Petitioner

NOTE FOR GRAND JURY OR WITNESS REPRESENTATION REQUESTS: In order for a request for counsel to be considered by the court, the petitioner must attach either a 1) grand jury target letter, or 2) witness subpoena.

### RULING BY JUDICIAL OFFICER

☑ Request Approved. Appoint counsel.

☐ Request Denied.

Date: 2-4-11

_____
U.S. Magistrate Judge

USDCNH-17 (Rev. 5-07) (Previous Editions Obsolete)