UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

NO. 11 CR 6 JL

V.

BRIAN MAHONEY

MOTION TO CONTINUE

NOW COMES the accused, Brian Mahoney, by and through counsel, and hereby moves this Court to continue his March 28, 2011 pretrial conference and April 5, 2011 trial for a period of ninety (90) days.

In support of this Motion, the accused states as follows:

1. The accused is scheduled to appear in this Court on March 28, 2011 for a pretrial conference and April 5, 2011 for trial.

2. However, the undersigned counsel has on March 28, 2011 a trial in the Nashua District Court in the case of <u>State v. Moriarty</u> and a probable cause hearing in the Manchester District Court in the case of <u>State v. Bertrand</u>.

3. In addition, the undersigned counsel needs additional time to negotiate this matter or proceed to trial.

4. That the accused is aware of the within Motion.

5. That the United States Attorney's Office assents to the within Motion.

6. That the undersigned counsel will be on vacation from April 2l to May 2, 2011.

WHEREFORE, the accused respectfully requests that this Court grant the within Motion.

        Respectfully submitted,
        Brian Mahoney,
        By his Attorney,


Date: March 21, 2011    /S/Paul J. Garrity
        Paul J. Garrity
        14 Londonderry Road
        Londonderry, NH 03053
        434-4l06
        Bar No. 905

## CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 2lst day of March, 2011, a copy of the within was e filed, to the United States Attorney's Office and mailed, postage prepaid, to Brian Mahoney.


        /S/Paul J. Garrity
        Paul J. Garrity