UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                         Criminal No. 11-cr-6-01-JL

<u>Brian E. Mahoney</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 16) filed by defendant is granted in part; the continuance is limited to 60 days. Defense counsel is advised, however, that despite the court's high regard for defense counsel and knowledge of his busy practice, NH District Court trials and probable cause hearings are not normally considered persuasive grounds to continue jury trials in this court. Final Pretrial is rescheduled to May 26, 2011 at 2:30 PM; Trial is continued to the two-week period beginning June 7, 2011, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                       _____
                                                       Joseph N. Laplante
                                                      United States District Judge

Date:  March 22, 2011

cc:  Paul Garrity, Esq.
     Arnold Huftalen, Esq.
     U.S. Marshal
     U.S. Probation