UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

NO. 11 CR 6 JL

V.

BRIAN MAHONEY

MOTION TO CONTINUE

NOW COMES the accused, Brian Mahoney, by and through counsel, and hereby moves this Court to continue his May 26, 2011 pretrial conference and June 7, 2011 trial for a period of thirty (30) days.

In support of this Motion, the accused states as follows:

1. The accused is scheduled to appear in this Court on May 26, 2011 for a pretrial conference and June 7, 2011 for trial.

2. However, the undersigned counsel will commence a first degree murder trial in the Hillsborough North Superior Court on June 6, 2011 in the case of State v. Michael Sullivan.  Mr. Sullivan's trial is expected to last two to three weeks.

3. That the accused is aware of the within Motion.

4. That the United States Attorney's Office assents to the within Motion.

5. That the undersigned counsel will be on vacation from April 2l to May 2, 2011.

WHEREFORE, the accused respectfully requests that this Court grant the within Motion.

        Respectfully submitted,
        Brian Mahoney,
        By his Attorney,

Date: March 23, 2011     /S/Paul J. Garrity_____
        Paul J. Garrity
        14 Londonderry Road
        Londonderry, NH 03053
        434-4l06
        Bar No. 905

        CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 23rd day of March, 2011, a copy of the within was e filed, to the United States Attorney's Office and mailed, postage prepaid, to Brian Mahoney.

        /S/Paul J. Garrity_____
        Paul J. Garrity