11-cr-6-01-JL

I, Brian Mahoney, hereby waive my right to a speedy trial.

*Brian Mahoney*
Brian Mahoney
3/20/11