**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

**United States of America**

   **v.**                           **Cr. No. 11-06-01-JL**

**Brian Mahoney**

### UNITED STATES' ASSENTED-TO MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS (Docket #12)  UNTIL APRIL 6, 2011

NOW COMES the United States of America, by and through John P. Kacavas, United States Attorney for the District of New Hampshire, and Arnold H. Huftalen, Assistant United States Attorney, and hereby requests that the Honorable Court grant it an extension of time, to and including April 6, 2011, to respond to defendant's Motion to Dismiss (Docket #12).  In support thereof, the United States represents that: (1), the United States has not yet completed its response to defendant's motion to dismiss; and (2) undersigned counsel will be out of the office beginning Monday, March 28, 2011 and will not return until Monday, April 4, 2011.

The defendant, through counsel Paul Garrity, assents to the relief sought in this Motion.  Additionally, it appears that no prejudice will result to defendant if an extension is granted, as trial is not scheduled to commence until June 7, 2011.

WHEREFORE, the United States respectfully requests that the Court grant it an extension of time until April 6, 2011 to respond to defendant's Motion to Dismiss.

2

March 23, 2010                By:    /s/ Arnold H. Huftalen
                                     Arnold H. Huftalen
                                     NH Bar #1215
                                     Assistant U.S. Attorney
                                     U.S. Attorney's Office
                                     53 Pleasant Street
                                     Concord, NH 03301
                                     (603)225-1552
                                     arnold.huftalen@usdoj.gov

## CERTIFICATE OF CONCURRENCE & SERVICE

I, Arnold H. Huftalen, hereby certify that counsel for the defendant, Paul Garrity, assents to the granting of this Motion and that a copy of the Motion is being served upon Attorney Garrity via ecf filing notice. defendant.

                                     /s/ Arnold H. Huftalen
                                     Arnold H. Huftalen
                                     Assistant U.S. Attorney