March 20, 2011

Dear Clerk STARR

Could you please bring this Motion to the attention to the Court at your earliest convenience.

U.S. DISTRICT COURT
DISTRICT OF NH
2011 MAR 22 A 10:40

① Motion For Status of Counsel.
② Certificate of Services.

Also Clerk Starr, could you also do a Certificate of Service with Prosecutor Haftalez and do inform Attorney Garrity who tried to get me to sign a waiver of my speedy trial rights which I said NO to. I do need my case for trial continuance until May 03, 2011 so that I will be able to give you my witness list together, I am demanding a jury trial only and Attorney Garrity also called me a Sex offender which I am not at all, and why would a Federal Attorney call me a Sex-offender in the first place, Attorney Garrity better get the fuck-off my case, I am going Pro Se and I do need a stand by Counsel only, so your Court will keep my rights in tack, I am tired of being called a Sex offender by the State of New Hampshire also I also have a Hearing May 02 2011 in Rockingham Superior Court and I am now free to go Pro Se in both Cases Clerk Starr.

Sincerely
Brian S[...]

United States District Court
District of New Hampshire

United States of America
v.
Brian E. Mahoney

## Motion For Status of Counsel Hearing

The defendant Brian Mahoney, Pro Se moves this Court to schedule a Status Counsel Hearing expeditiously, and I state as follows:

① The defendant has a right under the 6th Amendment to the United States Constitution to self-representation. Farretta v. California, 422 U.S. 806 (1975).

② My waiver of counsel is knowingly and voluntary and waiver by conduct ("Abandonment"): Persistent unreasonable demand dismissal of counsel is the functional equivalent of a knowing and voluntary waiver of counsel." United States v. Moore, 706 F.2d 538, 540 (5th Cir. 1983). Waiver is very much knowingly and voluntary.

③ Attorney Garrity has called me a sex offender and I am not and when your own attorney calls you a sex offender, you can not get a fair trial at all.

④ I never ever waived my right to a speedy trial at all but defendant need a continuance until May 03, 2011 so that I may get my witness list ready for trial, the trial will last 4 to 6 weeks. Wherefore, the defendant pray that I get into court expeditiously to address the Judge.

Please help me get rid of this attorney at once.

Respectfully Submitted
Brian E. Mahoney

*I am not a Sex offender at all Clerk Starr*

# UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**
James R. Starr, Clerk of Court
Daniel J. Lynch, Chief Deputy Clerk

U.S. DISTRICT COURT
DISTRICT OF N H
FILED
2011 MAR 22 A 10:40

Telephone 603-225-1423
Web www.nhd.uscourts.gov

*I am now Pro Se Sir* 11cr6 JL

## ATTENTION

*also I will never ever register ever in my life!*

Pursuant to Local Rule 4.3(e), any litigant who is represented by an attorney may not file a pleading in a case unless:

(a) The court grants a motion for leave to file a pro se pleading; or
(b) The litigant is filing a motion related to the status of counsel.

The rule further provides that any pro se pleading that does not satisfy (a) or (b) above shall not be added to the court's docket or presented to a judicial officer for ruling and shall be returned to the filer.

Please be advised that because you are represented by an attorney and you have submitted a pro se pleading that does not satisfy (a) or (b) above, your recent filing is being returned to you without ruling by the court.

USDCNH-42 (6/18/10)

*Please give me a Hearing in Front of the Judge now that I am Pro Se Clerk Starr, its about time. Thank you Sir. I'll sign the waiver for Counsel to be removed in open court.*

Time 11 AM   Dated: March 20, 2011

—I have Never ever waived my <u>speedy trial Rights</u> away ever, but I do need a Continuance for trial until May 03, 2011 and I am requesting a fair Jury trial on my behalf as well.  Clark Stan