UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

UNITED STATES

V.

NO. 11 CR 6 JL

2011 MAR 28  A 11: 20

BRIAN MAHONEY

## WAIVER OF SPEEDY TRIAL

I, Brian Mahoney, hereby waive my right to a speedy trial.

_____        3/25/11        _____
Witness                        Date            Brian Mahoney

