UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

NO. 11 CR 6 JL

V.

BRIAN MAHONEY

## MOTION TO CONTINUE

NOW COMES the accused, Brian Mahoney, by and through counsel, and hereby moves this Court to continue his May 26, 2011 pretrial conference and June 7, 2011 trial for a period of sixty (60) days.

In support of this Motion, the accused states as follows:

1. The accused is scheduled to appear in this Court on May 26, 2011 for a pretrial conference and June 7, 2011 for trial.

2. However, the competency evaluation will not be completed by the June 7, 2011 trial date.

3. That the accused is aware of the within Motion.

4. That the United States Attorney's Office assents to the within Motion.

WHEREFORE, the accused respectfully requests that this Court grant the within Motion.

        Respectfully submitted,
        Brian Mahoney,
        By his Attorney,


Date: May 24, 2011    /S/Paul J. Garrity
        Paul J. Garrity
        14 Londonderry Road
        Londonderry, NH 03053
        434-4l06
        Bar No. 905

## CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 24th day of May, 2011, a copy of the within was e filed, to the United States Attorney's Office and mailed, postage prepaid, to Brian Mahoney.


        /S/Paul J. Garrity
        Paul J. Garrity