UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

                    v.                          Criminal No. 11-cr-06-01-JL

Brian E. Mahoney


                              O R D E R


     The assented to motion to reschedule jury trial (document no.

28 ) filed by defendant is granted; Final Pretrial is rescheduled

to August 29, 2011 at 10:00 a.m.; Trial is continued to the two-

week period beginning September 7, 2011, 09:30 a.m..

     Defendant shall file a waiver of speedy trial rights within 10

days.  The court finds that the ends of justice served by granting

a continuance outweigh the best interest of the public and the

defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the

reasons set forth in the motion.

     SO ORDERED.

                              _____
                              Joseph N. Laplante
                              United States District Judge

Date:  June 6, 2011




cc:  Paul J. Garrity, Esq.
     Arnold H. Huftalen, AUSA
     U.S. Marshal
     U.S. Probation