UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2011 JUN -6  A 11: 05

UNITED STATES

V.

BRIAN MAHONEY

NO. 11 CR 6 JL

## WAIVER OF SPEEDY TRIAL

I, Brian Mahoney, hereby waive my right to a speedy trial.

_____N/A_____          _5/26/11_   _Brian Mahoney_
Witness                  Date        Brian Mahoney

Original Certify