U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2011 JUN -8 A 10: 45

I, Brian Mahoney, having rec'd Judge Laplante's order of May 24, 2011, hereby state that I am aware that the speedy trial clock is tolled by the requested competency evaluation and also tolled by my requested continuance of the June 7, 2011 trial. With this in mind I am requesting a continuance of my trial.

Brian Mahoney
Brian Mahoney
6/5/11