UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

NO. 11 CR 6 JL

V.

BRIAN MAHONEY

## MOTION TO WITHDRAW

NOW COMES the accused's attorney, Paul J. Garrity, and hereby moves this Court to allow him to withdraw as the accused counsel in the above-entitled matter.

In support of this Motion, the accused states as follows:

1. The accused has informed the undersigned counsel that he no longer wishes to have Attorney Garrity represent him in the above entitled matter and requested that I withdraw from his case.

2. That the accused is aware of the within Motion.

3. That the United States Attorney's Office objects to the within Motion.

WHEREFORE, the accused respectfully requests that this Court grant the within Motion.

Respectfully submitted,
Brian Mahoney,
By his Attorney,

Date:   July 26, 2011          /S/Paul J. Garrity_____
                                Paul J. Garrity
                                14 Londonderry Road
                                Londonderry, NH 03053
                                434-4l06
                                Bar No. 905

CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 26th day of July, 2011, a copy of the within was e filed, to the United States Attorney's Office and mailed, postage prepaid, to Brian Mahoney.

/S/Paul J. Garrity_____
Paul J. Garrity