U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JUL 25 2011

FILED

United States District Court
District of New Hampshire

United States of America
　　　　v.　　　　　　　　　1:11-CR-006-JL-01
Brian E. Mahoney

## Motion For Ineffective Counsel

Mahoney, the defendant's claim of ineffective assistance of counsel is based on the fact that trial lawyer's refusal to subpeona's defendant's witnesses or to meet with attorney and counsel's failure to raise the insanity defense. Defendant claims violation of the Sixth Amendment right to effective representation of counsel requiring a effective counsel. Strickland v. Washington, 466 U.S. 668, 687, 104 S. Ct. 2052, 80 L. Ed. 2d 674 (1984). Peralta v. United States, 597 F. 3d. 74, 79 (1st. Cir. 2010).

The only document my attorey stated to me was a Competency Hearing in this matter.

Dated July 20, 2011.

Respectfully Submitted
Brian Mahoney