U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JUL 25 2011

FILED

United States District Court
District of New Hampshire

United States of America
v.                                    1:11-CR-0006-JL-01
Brian Mahoney

## Motion To Compel

The defendant is portrayed in the indictment has traveling on or about July 31, 2010 to Massachusetts, it is critical in the preparation of the defense, and the lack of such information deprives him of the ability to prepare an effective defense at trial, and to protect against double jeopardy. United States v. Andrey, 952 F.2d 1458 (1st Cir. 1992); United States v. Paiva, 892 F.2d 148, 154 (1st Cir. 1989); United States v. Leach, 427 F.2d 1107 (1st Cir. 1970).

The government states it will bring new charges against defendant if indictment was to be dismissed. Defendant has a right to be protected by double jeopardy. (Page 5 of 7 Objection Document 25).

Dated July 20, 2011

Respectfully Submitted by
Brian Mahoney Pro Se.