U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JUL [stamp]
FILED

Dear Judge LaPlante                    July 15, 2011

I wanted to write to you and show you what the Rochester Police, Hampton Police and Dover Police do to innocent defendants.

I also reported this Crime of Police Brutality and Civil Right violation to former Attorney General Kelly Ayotte and Attorney General Michael Delaney and both of them did nothing at all, in the case of Attorney General Michael Delaney, he charged me with a false Crime of Federal Sex offender when I am not an offender period.

Now! I wanted you to know what Magistrate Judge Landya B. McCafferty did to an innocent defendant Brian E. Mahoney. See Goichman v. New Hampshire, 2010 U.S. Dist. Lexis 114541 October 1, 2010. Look at Footnotes © Judge LaPlante.

Like I have stated there are several Civil Law suits involving me against 10 Law enforcement Police departments and to continue holding me against my constitutional Rights is a violation and again for the fifth time I am going Pro Se because I can. See. FARETTA, Supra 422 U.S. At 814 95 S.Ct. At 2531, Where FARETTA guarantees that a defendant can act as his own attorney.

Respectfully Submitted
Brian Mahoney

Bail Hearing Next Court Date.

Remember this Case Judge LAPlante when you and Paul Garrity hooked-up to sell out defendant Bruce Belton v. United States 2010 DNH 113 July 15, 2010.