U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JUL 25 2011

FILED July 21, 2011

Dear Clerk of Courts

Enclosed are two Motions (1) for ineffective Counsel, & filed a Motion and sent it to Attorney Garrity on June 30, 2011, he should of received it and the Motion was to Strike the objection and I have a Motion to Compel as well, but because I have tried firing Paul Garrity in open Court and on the Record April 21, 2011. It seems like Judge LaPlante and Attorney Garrity have a Conspiracy against me for being innocent and I will be filing a Motion To Stay all Proceeding until I myself hire another Attorney. Paul Garrity is not filing my Pre-Trial Motions at all and I need to inform you that I am asking for a Continuance for the Trial and a Waiver of my speedy trial Rights. I am filing a Habe of writ in the Appeals Court as well as a serious Complaint against Judge LaPlante for giving me is old buddy Paul Garrity Please do Remember, your only as good as the Court and when Judge LaPlante is selling is job because of Attorney General Micheal Delaney because I & the State of New Hampshire Placed me wrongfully on a Sex offender Web-Page is totally wrong. Here is the Conflict of interest with me, Garrity, and LaPlante Bruce Belton v. United States, 2010 DNH 113 July 15, 2010.

Please Give Judge LAPlante his letter, so he knows I know and I wish you all in trying to Bring me to Justice and try doing Law legally