UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

NO. 11 CR 6 JL

V.

BRIAN MAHONEY

## MOTION FOR HEARING

NOW COMES the accused, Brian Mahoney, by and through counsel, and hereby moves this Court to schedule a competency hearing.

In support of this Motion, the accused states as follows:

1. The accused's competency evaluation has been filed with this Court.

2. The undersigned counsel wishes to schedule a hearing regarding this evaluation.

3. That the undersigned counsel will be on vacation from August 1 to August l5, 2011.

WHEREFORE, the accused respectfully requests that this Court grant the within Motion and schedule a hearing regarding competency.

                          Respectfully submitted,
                          Brian Mahoney,
                          By his Attorney,

Date:   August 2, 2011    /S/Paul J. Garrity_____
                                        Paul J. Garrity
                                        14 Londonderry Road
                                        Londonderry, NH 03053
                                        434-4l06
                                        Bar No. 905

CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 2nd day of August, 2011, a copy of the within was e filed, to the United States Attorney's Office and mailed, postage prepaid, to Brian Mahoney.

/S/Paul J. Garrity_____
Paul J. Garrity