I, Brian Mahoney, hereby waive my right to a speedy trial under the Speedy Trial Act and the United States Constitution.

*Brian Mahoney*
Brian Mahoney
8/16/11

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
2011 AUG 18 A 11: 07