UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                       Criminal No. 11-cr-006-01-JL

<u>Brian Mahoney</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 56) filed by the government is granted; Final Pretrial is rescheduled to December 21, 2011 at 10:00 a.m.; Trial is continued to the two-week period beginning January 4, 2012, 9:30 a.m.

    Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

*/s/ Joe Laplante*

_____

Joseph N. Laplante
Chief Judge

Date: December 5, 2011

cc: Paul J. Garrity, Esq.
    Arnold H. Huftalen, AUSA
    U.S. Marshal
    U.S. Probation