UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

NO. 11 CR 6 JL

V.

BRIAN MAHONEY

MOTION TO CONTINUE

NOW COMES the accused, Brian Mahoney, by and through counsel, and hereby moves this Court to continue his January 3, 2012 competency hearing and February 7, 2012 trial for a period of ninety (90) days.

In support of this Motion, the accused states as follows:

1. The accused is scheduled to appear in this Court on January 3, 2012 for a competency hearing and February 7, 2012 for trial.

2. However, the accused's independent competency evaluation cannot be completed without the regulation of Mr. Mahoney's recently increased medications.

3. That on November 25, 2011, Mr. Mahoney was prescribed Seroquel and Clonidine. Subsequently, on December 22, 2011 Mr. Mahoney's prescribed regiment was increased, requiring 4 to 6 weeks to take effect.

4. That the accused is aware of the within Motion.

5. That the United States Attorney's Office assents to the within Motion.

WHEREFORE, the accused respectfully requests that this Court grant the within Motion.

Respectfully submitted,
Brian Mahoney,
By his Attorney,

Date: December 27, 2011  /S/Paul J. Garrity_____
Paul J. Garrity
14 Londonderry Road
Londonderry, NH 03053
434-4l06
Bar No. 905

CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 27th day of December, 2011, a copy of the within was e filed, to the United States Attorney's Office and mailed, postage prepaid, to Brian Mahoney.

/S/Paul J. Garrity_____
Paul J. Garrity

I, Brian Mahoney, hereby waive my right to a speedy trial.

Brian C. Mahoney
Brian Mahoney
12/26/11