United States District Court
District of New Hampshire
Honorable Joseph N. LAplante
55 Pleasant Street, Suite 312
Concord, New Hampshire 03301

Re: <u>United States v. Brian E. Mahoney</u>
    Criminal Number 11-CR-6-01-JL

Dear Judge LAplante;

    I am in receipt of your proposed order Regarding the Speedy Trial Act, 18 U.S.C. Section 3161. I myself the defendant did not question the Speedy Trial Act, because of my Competency Hearing, now scheduled for January 03, 2012 at 10AM.

    I have learned to become a problem solver, not a Problem creator. Problems are one of the few things in life that one can count on. Enough problems will find you so that you do not need to drag unnecessary ones into Court. I have developed Problem-Solving dilemmas. Problem solving separates the successful humans from the ones in the penitentiary.

Page Two

Judge LaPlante, you appointed me on February 18, 2011 ineffective assistance of Counsel, by appointing Attorney Paul F. Garrity to handle my case.

If you fail to understand who is looking out for me, I must get a good Lawyer to represent me in this up coming Competency Hearing.

I have raised the issue of a severe mental illness and defect, I have asked Attorney Garrity to call as witnesses every one of my Doctor's who have treated me for the past Seven years at Avis Goodwin Community Health Center in Somersworth, New Hampshire, as well as my pastor and girlfriend for the past six years.

As of December 21, 2011, Not one of my witnesses that I have asked Attorney Garrity to subpeona to my Competency Hearing have received any subpeona at all. It is my Constitutional Right to bring witnesses forward in my behalf under the Fourteenth Amendment to the United States Constitution.

Page Three

If I can't get a fair and impartial Judge or Hearing, I will never receive a fair Jury Trial.

I have to deal with the internal forces that the government and legal system at this Federal Court are very Corrupted.

But even armed with the Knowledge and the struggle to succeed it will be an uphill against those who have the authority, privileges, and Power to enforce the Law.

This Personal letter to you Judge Laplante is to inform this Court the struggle it will be to have all my witnesses present so I will be able to have a fair and impartial Hearing on my Competency, and I have by clear and convincing evidence showed this Court that I do have a mental illness and defect, long before this frivolous indictment against me, it's now! up to this Court to find me Competent or incompetent.

Dated: Dec. 21, 2011       Sincerely Yours Brian E. Malay