U.S. DIST.... ...RT
DISTRICT OF N...     ...SHIRE

DEC ........

I, Brian Mahoney, hereby FILED
my right to a speedy trial.

Brian C. Mahoney
Brian Mahoney
12/26/11