Dear Clerk Starr,                           January 25, 2012

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
2012 JAN 26 P 12:12

Your office filed, marked, and recorded a *Bail Petition* I filed to the Court in August of 2011, and in November 09, 2011, I was sent a copy of the Docket entry in my case by Joe LaPlante the Judge on this Case, and my "Bail Petition" was not recorded even though your office marked it.

Clerk Starr, you went to Law School and anything filed, marked or Recorded should of been in the Docket entry. Could you please tell me why my Petition for Bail was not recorded in the Docket entry?

Do you really think I would not submitt a Petition for Bail with the Clerk's office well I did, and I have been held for the past 17 months when I go back to Court on March 27, 2012 at 9 AM.

What we know in this failure to update is I am very much competent to stand trial in this matter, but when I am going up against a Criminal Judge, Prosecutor, and a defense attorney's Paul Garrity and Jeffery Levin it is extremely hard to win, when you do

Page Two

have a Conspiracy against an innocent very innocent defendant Brian P. Mahoney date of birth May 23, 1959.

This is what we know, Joe LaPlante appointed me attorney Paul Garrity, Knowing that Prosecutor Joe LaPlante and Attorney Garrity had and Completed a Conspiracy plot against Bruce Belton, cited case Bruce Belton v. United States, DNH 113, (July 15, 2010) that did very much resulted in Bruce Belton receiving a 23 year sentence, when in 2004, the Prosecutor in that case was Joe LaPlante and Mr. Belton's attorney was indeed Paul Garrity was offered a (5) five year Pre-indictment Plead offer by Joe LaPlante in 2004.

Now! (7) seven years later Judge LaPlante appoint me Paul Garrity, Knowing seven years earlier, that Judge LaPlante was very much involved in a Conspiracy plot against Bruce Belton that resulted in Bruce Belton receiving 23 years in Federal Prison instead of five (5).

Clerk Starr, its your duty to report this Criminal intent by Judge LaPlante to the Chief Justice of the Federal Court Steven McCaffie so I can be resigned a different Judge.

Page Three

When a defendant complains and files a Motion to Recuse with an affidavit its your duty to inform the chief Justice and assign me a different Judge.

Remember Clerk Starr, I have been held for 15 months now, and my Bail Petition was filed, marked and Recorded by your office, and it was not registed in my Docket entry that Joe LaPlante sent to me in November.

Clerk Starr, Please do your duty and turn in Judge Joe LaPlante for criminal misconduct in the United States v. Brian Mahoney its what makes our Criminal Justice system works, we can't afford Judge's who are very much dishonest and who go after innocent very innocent defendant's like myself, and there is a cited Case Law on Paul Garrity and Joe LaPlante.

Judge LaPlante is abusing his own Authority by continuing to hold me on a "NO BAIL Status" for failing to update. when your office is releasing men who go on the internet and their computers to watch children as young as 5 years old have sex

Page Four

Well, Joe LaPlante continue's to abuse his Judgeship, by telling your office to get rid of my Petition of Bail that your office did record, file and marked my Petition in August of 2011 is a Criminal offense Mr. Starr.

I would hope and Pray the you would turn in Joe LaPlante, there is NO room for a Judge who is a Criminal, and in March 27, 2012 with my family there, again I will continue to fight in having Joe LaPlante removed from my case on that date, and I will do everything in my Power to remove Joe LaPlante from ever hearing another case.

Clerk Starr, I will be filing another Petition for Bail with the First Circuit Court of appeals in Massachusetts, something has to be done against Your office and Judge Joe LaPlante for not only marking my Petition of Bail, but Never recording the Bail Petition on the Docket entry sheet.

Do you really think I would not file a Petition of Bail in my case, that not only am I innocent defendant, but I am being held on a NO BAIL Status is a Criminal offense.

Page Five

Mr. Stary, do you really think I am incompetent to stand trial, when I write to you about how a Federal Judge is very much abusing his own authority in a Court of Law, and its a fact that he also gives favors to Attorney Mark Sitz in his Court, so the Judge can receive Kickbacks.

We have to report Judge LaPlante at once, I know what you going to state its not at all true, Well, look up the cited case Law of Bruce Belton V. United States, DNH 113, July 15, 2010, and you will see that Joe LaPlante did in fact offer Bruce Belton's attorney Paul Garrity a five year offer, that Paul Garrity Never ever informed Bruce Belton of the Plea offer.

You going to say how does this involve Judge LaPlante, well Joe LaPlante (7) seven years later appoints me Brian E. Mahoney defendant attorney Paul Garrity, Knowing full well that he (Judge Joe LaPlante) was involved in a conspiracy plot Not only against Bruce Belton, also against the other Brian E. Mahoney his date of Birth 7-30-1960, in which Prosecutor LaPlante was the Prosecutor in June 29, 2006, which resulted in 240 month sentence in Prison,

Page Six

  Attorney Mark Siti was hired by Brian Maloney's family, because his court appointed attorney in his drug Murder case was a one Jeffery Levin, the same sell out attorney who was appointed on February 04, 2011. What you did not know Clerk Starr, was the fact I was at Strafford House of Correction on June 20, 2006 and I lived in the Next cell over, and Brian Maloney did inform me that attorney Levin of the Public Defender Office on Bridge Street in Concord was selling him out and demanded a 240 months sentence that was his (Brian E. Maloney's) final offer and Judge Steven M°Caffie was the Judge who sentence him.

  Attorney Mark Siti Promised his client Brian Maloney a 120 months Sentence if his father paid Attorney Siti $20,000 dollars for his guilty Plead, which Brian Maloney did in fact Plead Guilty on June 20, 2006, and Judge Steven M°Caffie gave him 240 months and Attorney Siti Received the $20,000 dollars and did not keep his Promise of 120 months and Attorney Levin stated you will receive 240 months exactly what he Received, and attorney Levin stated to me that I would receive 3 to 4 years in Prison, Knowing I was innocent.

Page Seven

You may consult with attorney Levin, Siti or Prosecutor LaPlante, but the fact of the matter it's all true what I am accusing the Judge, Prosecutor and Defense attorneys in the Federal Court system, of putting defendants in Federal Prison with out Due Process of the Law. (14th Admendment to the United States Government, Federal Law Due Process).

That is what made me fire attorney Levin, What NO one knew, but me, was the fact that Attorney Levin already did sell-out the other Brian E. Mahoney and clerk Starr look at Brian's Mahoney's Docket entry sheet, and you will see the truth and facts, that Brian Mahoney family knew Attorney Siti, because it was the only way to replace sell out attorney Jeffery Levin, and when I was appointed Jeffery Levin I knew all about him (5) five years before and when I fired Levin, Judge LaPlante makes his first mistake by appointing me Paul Barrity, whom (7) years before Prosecutor LaPlante was Not only in a Conspuracy plot against Bruce Belton, but in the Brian Mahoney Case as well. I guess joe LaPlante hates the Name Brian E. Mahoney to bad I know the LAW! Sincerely Bruce

Thank you for your assistance!?

I know I put myself in danger, but I am all about Justice and fair trials, and there is NO room in the Federal Court for Judges who abuse there Authority. Thanks Mr. Starr.

(Footnote) Clerk Starr - this is my final appeal to you, its Your Duty, to turn in Joe LaPlante before he puts another innocent defendant in Federal Prison yet again. All the facts are in your office, the Docket entry sheet will tell you the truth. I have been incarcerated 17 months almost 18 months when I have to face this Criminal Judge LaPlante once again. If I didn't know the Law I would be looking at time, but I do, and I am not a Sex offender at all, You can't go back 30 years, lets get Judge LaPlante off my case at once Please!