**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**
James R. Starr, Clerk of Court
Daniel J. Lynch, Chief Deputy Clerk

Telephone: 603-225-1423
Web: www.nhd.uscourts.gov

February 7, 2012

Cheshire County House of Corrections
825 Marlboro Rd.
Keene, NH  03431
Inmate:  Brian Mahoney (#D103L)

Re:  United States v. Brian Mahoney, 11-cr-006-01-JL

Dear Mr. Mahoney:

    I am writing in response to your letter received January 26, 2012.

    First, you inquire as to the status of a filing entitled "Bail Petition," which you represent was filed in August of 2011.  Having closely reviewed the docket in the above-captioned case, we have no document on file having that title or otherwise requesting a review of your bail status.  Additionally, as has been stated on numerous occasions, pursuant to our local rules any such motion would have to be filed by your attorney and not by you pro se.  LR 4.3(e).

    Second, you suggest that Attorney Garrity should be removed from representing you, and that Judge Laplante should be recused from presiding over the case, for reasons more fully stated in your letter.  These are matters that are resolved by the judge presiding over a case and not by the Clerk of Court.  In fact, you have already raised these concerns on numerous occasions in prior pleadings filed in the case, which have been ruled upon by Judge Laplante.

Sincerely,

Daniel J. Lynch
Chief Deputy Clerk

DJL/