UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**
James R. Starr, Clerk of Court
Daniel J. Lynch, Chief Deputy Clerk

Telephone: 603-225-1423
Web: www.nhd.uscourts.gov

February 14, 2012

Cheshire County House of Corrections
825 Marlboro Rd.
Keene, NH 03431
Inmate: Brian Mahoney (#D103L)

Re: United States v. Brian Mahoney, 11-cr-006-01-JL

Dear Mr. Mahoney:

    I am writing in response to your letter addressed to the Honorable Chief Judge Joseph N. Laplante, which was received on February 10, 2012. I am responding to your inquiry on behalf of Judge Laplante because LR 77.6 prohibits direct correspondence with a presiding judge concerning a matter that has or may come before the court.

    Please note that all submissions requesting judicial action or consideration must be filed by formal pleading and may not be made in letter format. Fed. R. Crim. P. 47; LR 7.1(a); LR 77.6. Because you are represented by counsel in the above-referenced case, however, our local rules prohibit you from filing any pleadings in this matter unless:

    (1) The court grants a motion for leave to file a pro se pleading; or

    (2) The litigant is filing a motion related to the status of counsel.

LR 4.3(e). As neither exception to this prohibition on pro se filing applies, your letter submission is being returned to you without being presented to Judge Laplante for his review.

Sincerely,

Daniel J. Lynch
Chief Deputy Clerk

DJL/