UNITED STATE DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES

DOCKET NO. 11- CR-6-JL

V.

BRIAN MAHONEY

ASSENTED TO MOTION TO CONTINUE

NOW COMES the defendant, BRIAN MAHONEY, by and through counsel, and hereby moves this Court to continue his April 3, 2012, Trial to a later date.

In support of this Motion, the defendant states as follows:

1. The defendant is scheduled to appear in this Court on April 3, 2012, at 9:30 a.m. for a Trial.
2. That the defendant is waiting to complete a Competency Evaluation Hearing before going to Trial
3. That the defendant is aware of this Motion.
4. That Arnold H. Huftalen, Assistant U.S. Attorney, of the Office of the U.S. Attorney, has no objection to this Motion.

WHEREFORE, the defendant respectfully requests that this Court grant the within Motion.

Respectfully submitted,
Brian Mahoney
By his Attorney,

Date: _____

Paul J. Garrity
Bar No. 905
14 Londonderry Road
Londonderry, NH 03053
603-434-4106

CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 29th day of March, 2012, a copy of the within Motion was mailed, postage prepaid, to the U.S. Attorney's Office.
.

_____
Paul J. Garrity