I, Brian Mahoney, hereby waive my right to a speedy trial.

*Brian E. Mahoney*
Brian Mahoney
4/2/12