# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

USA

Mahoney

Case # 11-cr-6-01-JL

## EXHIBITS

OFFERED BY: Gov't.

| NUMBER/LETTER | DESCRIPTION |
|---|---|
| 1 | Dr. Kissin Evaluation |
| 2 | Dr. Kissin CV |
| 3 | Dr. Mart Evaluation |
| 4 | Goodwin Health Report |
| 5 | Eric Mart Further Evaluation |
| 6 | MacArthur Competence Assessment tool |
| 7 | Letter dated March 29, 2012 to Atty Huftalen from M. Mahoney |

All Agreed to

USDCNH-25 (2-96)