UNITED STATE DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES

DOCKET NO. 11- CR-6-JL

V.

BRIAN MAHONEY

<u>ASSENTED TO MOTION TO CONTINUE</u>

NOW COMES the defendant, BRIAN MAHONEY, by and through counsel, and hereby moves this Court to continue his April 23, 2012, Final Pre-Trial to a later date.

In support of this Motion, the defendant states as follows:

1. The defendant is scheduled to appear in this Court on April 23, 2012, at 3:00 p.m. for a Final Pre-Trial.
2. That the undersigned counsel has pre-paid vacation plans out of the state from April 20, through April 27, 2012.
3. That the defendant is aware of this Motion.
4. That Arnold H. Huftalen, Assistant U.S. Attorney, of the Office of the U.S. Attorney, has no objection to this Motion.

WHEREFORE, the defendant respectfully requests that this Court grant the within Motion.

Respectfully submitted,
Brian Mahoney
By his Attorney,

Date:        April 9, 2012              /S/Paul J. Garrity_____
                                       Paul J. Garrity
                                       Bar No. 905
                                       14 Londonderry Road
                                       Londonderry, NH 03053
                                       603-434-4106

CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 9th day of April, 2012, a copy of the within
Motion was mailed, postage prepaid, to the U.S.  Attorney's Office.
.

/S/Paul J. Garrity_____
Paul J. Garrity