UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

                    v.                    Criminal No. 11-cr-0006-01-JL

<u>Brian E. Mahoney</u>

<u>O R D E R</u>

The motion to reschedule jury trial (document no.  80) filed by the government is granted; Final Pretrial is rescheduled to May 31, 2012 at 11:00 a.m.; Trial is continued to the two-week period beginning June 5, 2012 at 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date:  April 25, 2012

cc:  Paul J. Garrity, Esq.
     Andrew R. Schulman, Esq.
     U.S. Marshal
     U.S. Probation