UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| UNITED STATES | | |
|---|---|---|
| v. | | 11-CR-06 |
| BRIAN MAHONEY | | |

## APPEARANCE

Please enter my appearance for the defendant Brian Mahoney.

                                          Respectfully submitted,

April 26, 2012                      /s/ Andrew R. Schuman            ,
                                        Andrew R. Schulman, Esq.
                                        GETMAN, SCHULTHESS
                                         & STEERE, P.A.
                                         1838 Elm Street
                                         Manchester, New Hampshire 03104
                                         603/634-4300
                                         NH Bar 2276

## CERTIFICATE OF SERVICE

    I, Andrew R. Schulman, hereby certify that I have mailed a copy of this appearance to all counsel of record on April 26, 2012 via the Court's ECF facilities.

                                           /s/Andrew R. Schulman            ,
                                           Andrew R. Schulman