UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

NO. 11 CR 6 JL

V.

BRIAN MAHONEY

## MOTION TO WITHDRAW

NOW COMES Brian Mahoney's attorney, Paul J. Garrity, and moves this Court to allow him to withdraw from further representation of the accused in the above-entitled matter.

In support of this Motion, Attorney Garrity states as follows:

1. Attorney Garrity previously filed his appearance with this Court on behalf of Brian Mahoney.

2. Attorney Garrity has since been asked by the defendant, Brian Mahoney, to withdraw from his case.

WHEREFORE, Attorney Garrity respectfully requests that this Court grant his Motion and allow him to withdraw from further representation of the accused regarding the above-entitled matter.

Respectfully submitted,
Brian Mahoney,
By his Attorney,

Date:   May 11, 2012

/S/Paul J. Garrity_____
Paul J. Garrity
Bar No. 905
14 Londonderry Road
Londonderry, NH 03053
603-434-4l06

CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 11th day of May, 2012, a copy of the within was e filed, to the United States Attorney's Office and mailed, postage prepaid, to Brian Mahoney.

/S/Paul J. Garrity
Paul J. Garrity

Case 1:11-cr-00006-JL   Document 86   Filed 05/11/12   Page 3 of 3