UNITED STATE DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES

DOCKET NO. 11- CR-6-JL

V.

BRIAN MAHONEY

NOTICE OF SCHEDULING CONFLICT

NOW COMES the undersigned counsel, Paul J. Garrity, and hereby notifies this Court of his June 5, 2012, scheduling conflict.

In support of this Motion, the undersigned counsel states as follows:

1. The defendant is currently scheduled for Trial on June 5, 2012 at 9:30 a.m. at the United States District Court, District of New Hampshire;

2. 2.  The undersigned counsel is scheduled to commence a Trial on June 4, 2012, at Hillsborough County Superior Court North, State v. Shaun Walsh that will last at least two to three days.  On May 15, 2012, Judge Abramson denied the undersigned counsel's Motion to Continue Mr. Walsh's trial. As a result, the undersigned counsel will not be available for the currently scheduled June 5, 2012, Trial in the above captioned matter;

3. Mr. Mahoney does not want to continue his June 5, 2012, trial;

4. The undersigned counsel has notified Assistant U.S. Attorney Arnie Huftalen, and Co-Counsel Andrew Schulman of the scheduling conflict.  Mr. Huftalen responded back and indicated that he assented to whatever relief this scheduling conflict calls for;

5. The undersigned counsel is filing this Notice of Scheduling Conflict so that this Court may take any action that it deems appropriate with respect to the above captioned matter;

6. A copy of this pleading will be sent to Mr. Mahoney.

WHEREFORE, the undersigned counsel respectfully request that this Court take whatever action it deems necessary as a result of this scheduling conflict.

Respectfully submitted,

DATE: May 15, 2012 /S/ Paul J. Garrity_____
Paul J. Garrity
Bar No. 905
14 Londonderry Road
Londonderry, NH 03053
603-434-4106

CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 15th day of May, 2011, a copy of the within was e filed to the United States Attorney's Office and mailed to Brian Mahoney.

/S/Paul J. Garrity_____
Paul J. Garrity