UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                             Criminal No. 11-cr-006-01-JL

<u>Brian E. Mahoney</u>

<u>O R D E R</u>

    The Court held a motion hearing on Friday June 1, 2012 as to all the pending motions in the case, however, several pretrial motions remain pending, to include Motions to Dismiss the Indictment and the determination of the defendant's Competency, which has been taken under advisement. Trial will be continued pending the resolution of the competency determination and defendant's Motion to Dismiss. Trial rescheduled to July 10, 2012 at 9:30a.m.; Final Pretrial rescheduled to July 2, 2012 at 3:00p.m.

    The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv).

    SO ORDERED.

                                                        /s/ Joe Laplante
                                                         _____
                                                         Joseph N. Laplante
                                                         Chief Judge

Date: June 4, 2012

cc: Arnold H. Huftalen, AUSA
    Andrew R. Schulman, Esq.
    U.S. Marshal
    U.S. Probation