UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:11-cr-006-01-JL |
| | ) | |
| BRIAN MAHONEY | ) | |

### GOVERNMENT'S ASSENTED-TO MOTION/REQUEST FOR CHAMBERS CONFERENCE

The government, with the assent of defense counsel, requests that the Court schedule a brief chambers conference to discuss unresolved legal issues and scheduling. Counsel believe that 30 minutes or less should be adequate.

WHEREFORE the government respectfully requests that the Court schedule a brief chambers conference.

June 15, 2012                                                                 Respectfully submitted,

JOHN P. KACAVAS
United States Attorney

/s/ Arnold H. Huftalen
Arnold H. Huftalen
Assistant U.S. Attorney
NH Bar Association #1215
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301
(603) 225-1552
arnold.huftalen@usdoj.gov

### CERTIFICATION RE: SERVICE & CONCURRENCE

I certify that a copy of this Motion has been served upon counsel of record via ecf filing notice today, June 15, 2012, and that defense counsel assents to the Motion.

/s/ Arnold H. Huftalen
Arnold H. Huftalen