United States District Court
ChiEF Justice Steven M{...} PFFG
55 Pleasant Street, Room 110
Concord, New Hampshire 03301 - 3941

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

Dated: June 25, 2012

RE: Complaint To Recuse Judge Joseph La Plante
Docket Number 1: 11-CR-06-0{...}-JL

Dear Chief Justice Mc AuLiFFE,

    I Filed A Motion to Recuse Judge
Joseph N. La Plante From docket Number
1: 11-CR-06 - JL on September 14, 2011 And
I Never Received Any Answer From my Motion.

    Chief Justice Steven Mc AuLiFFE, I have
been Held Since February 18, 2011 on A No
bail Status, on Competency Since Attorney
Paul Garrity was Appointed to My Case.

    I was Court- order on April 22, 2011 by
Judge La Plante to get A Competency Hear-
ing, And on April 29, 2011 I was Removed
From Strafford Superior House of Correction
to be transfered to United States Depart-
ment of Justice Federal Bureau OF
Prisons, Federal Medical Center, Devens
Massachusetts, to under go A Competency
Evaluation, Which was Conducted And Completed
by Dr. Miriam Kissin A Forensic Psy-
chologist At the Federal Medical Center in Devens,

Page Two

On July 12, 2011, Dr. Kissin Submitted her Competency Evaluation Report to Warden J. Grondolsky, And on July 18, 2011 the Warden Sent to the Honorable Judge La Plante a 15 of 15 page Report of Dr. Kissin Findings that She did the Competency Evaluation At the Federal Medical Center, From April 29, 2011 to June 23, 2011.

In Dr. Kissin Conclusion, based on her Facts And Findings, that I was very much Competent to Stand trial, based on All the Available Information She had, And in her opinion that despite my Apparent Chronic mood Symptoms, My Competency - Related Skills ARE Not Significant Compromised by Symptoms Of Any Serious Mental illness, Such that I Am Able to Understand the Nature And Consequences of the Proceedings Against ME And I was Able to Assist properly in my own defense. Meaning I was Competent.

On August 13, 2011, Judge La Plante Ruled I was Competent to Stand trial, And Right After that, My own Attorney who was very much Appointed to ME by Judge La Plante Attorney Paul J. Garrity Asked For Another Competency Hearing over my Objection, Since I was Competent to Stand trial I did not Want Another Competency Evaluation Hearing And I was Ready For trial, but I was Court-Ordered by the dishonorable Judge Joseph N. La Plante to have Another Competency Hearing.

## Page three

When my Court Appointed Attorney, Paul J. Garrity asked for yet another Competency Evaluation right after I was Ruled Competent by the Court. I thought it was very odd for Judge LaPlante to Court order yet another Competency Hearing, after the Experts the Federal Bureau of Prisons who do have Experts in the Field of Competency Evaluation, Like Dr. Miriam Kissin who did Find me Competent, would Court order me to another Competency Hearing Right after I was Found Competent and over my objection.

So, I thought Chief Justice Steven McAuliffe that there was a <u>Criminal</u> <u>Bond</u> between Attorney Paul J. Garrity and Judge LaPlante who Appointed me Attorney Garrity in the First place, on February 18, 2011. So, I did Look into Any ineffective Assistance of Counsel that might of been Filed on my Court order Appointment of Counsel, and there was a 2004 Case in which Judge LaPlante was involved with Attorney Paul J. Garrity, and that Case was United States v. Bruce Belton in 2004, when Judge LaPlante was a Prosecutor and defendant Bruce Belton was Represented by Attorney Garrity, and Prosecutor LaPlante offered a 5 year Pre-indictment deal to Attorney Paul J. Garrity, who never told his client Bruce Belton of the 5 year deal that Prosecutor LaPlante offered, and Bruce Belton went to trial and Received 23 years after trial.

<u>Page Four</u>

So, I Found a Cited Case Law Which took place in the District of New Hampshire and it was Filed Against Attorney Garrity by <u>Bruce Belton</u> v. <u>United States</u>, D. N. H 113 (dated July 15, 2010) in Which Mr. Belton Accused Attorney Garrity of Ineffective Assistance of Counsel for not disclosing the 5 year Pre-indictment deal that Prosecutor La Plante offered Mr. Belton, and a Lot of Other unprofessional and unEthical Conduct that was done in Bruce Belton's trial also occured in my case some 7 years later.

When I Found out Chief Justice Steven Mc Auliffe of this Cited Case Law I did File a Motion To Recuse with a Supporting Affidavit against Judge La Plante, when I saw and have the cited Case Law and Now! that Judge La Plante Appointed me Knowingly, Purposely and Recklessly and Ineffective Assistance of Counsel in my docket Number L: 11-CR-06-01-JL is Against my Guarantee Constitutional Right, under the Sixth and Fourteeth Amendments to the United States Constitutional Right. Also see <u>Faretta</u> v. <u>California</u>, 422 U.S. 806, 45 L. Ed. 2d 562, 95 S. Ct. 2525.

So I was Court Ordered to Another Competency Hearing by Court Order of Judge La Plante on October 11, 2011 which I clearly Objected to Yet Another Competency Evaluation, with Dr. Mart who only parroted Dr. Kissin Competent

<u>PAGE FIVE</u>

REPORT, but DR, ERIC G. MART OF 311
HighLANDER WAY, MANCHESTER, NEW HAMPShirE
FOUND ME INCOMPETENT AT THE STRAFFORD
COUNTY HOUSE OF CORRECTION FOR A ONE HOUR
COMPETENCY HEARING hEld AT THE JAIL, FOR
ONE hOUR, but I WAS AdMITTED FOR 56 dAys
AT THE FEdERAl MEdicAl CENTER IN DEVENS
IN Which I hAd SEVERAl VISITS And TEST
FOR 56 DAyS IN Which THE FEdERAl BUREAU
OF PRISONS ARE EXPERTS IN THE FiEld OF
COMPETENCY EVAluATrONS ANd I WAS FOUND
COMPETENT to STAND tRiAl, ANd I hAVE
AT bEST A ONE hOUR tEST And FOUND to
bE INCOMPETENT. COMMON SENCE Will tEll
YOU thAt bEiNg AdMITTEd ANd WATChEd FOR
56 dAys FAR Out WEighs DR. MARTS MAybE
ONE COMPETENT HEARIng ANd this DOctOR
WAS ANd. EXPERT And HiREd by ATtORNEY
PAUl J. GARRity, Who hAS INEFFECTIVE COUNSEl
ClAims AgAINst ME thAt ARE CitEd CASE LAWS.

    WhEN DR. MARt SubmittEd his INCOMPETENCY
REPORT to thE COURT, hE StAtEd thAt "iF MR.
MAhONEy WAS giVEN his Right MEdicAtrONS
hE COuld bE REStORED to COMPETENCY, ANd
ON NOVEMbER 22, 2011, I WAS tRANSFERED to
ChEShiRE COUNty JAil FROM StRAFFORd COUNty
JAil, bECAUSE StRAFFORd COUNty REFUSEd to
giVEi ME XANNAX l.mg, 3tiMES A dAy ANd
SEROQUEl 100 m. thREE tiMES A dAy, ANd I
hAVE bEEN ON All OF My CORRECt MEdiciA-
tiONS FOR thE pASt 6 mONthS, ANd I AM
VERy COMPETENt to StANd tRiAl,

_Page Six_

WELL, AFTER bEing FouNd iNCOMPEtENt ANd ON ALL My CORREct MEdicAtIoNs inCludiNg My XANNAX, WE WENt bAck to Court oN MARch 27, 2012, ANd Judge LA PlANtE StAtEd hE WANtEd to BREAk thE tiE bEtwEEN DR. KiSSiN ANd DR. MARt, but to My Shock AgAiN thE Judge Court ORdEREd to bREAk thE tiE With DR. MARt AgAiN, ANd AgAiN I did OBJEct ANd AgAiN DR. MARt CoNductEd his SECONd CoMPEtENcy HEARiNg With DR. MARt, ANd I INFORMEd My AttoRNEy to gEt yEt ANothER CoMPEtENt HEARiNg With a diffEREd DR. to bREAk thE tiE, ANd AgAiN Court ORdEREd to hold thE SECONd CoMPEtENcy HEARiNg With DR. MARt At thE UNitEd StAtES CourtRoom Which I KNEW EVEN With My CORREct MEds, DR. MARt iNFORMEd to thE Court AgAiN thAt I WAS iNCOMPEtENt, ANd NoW With two iNCOMPEtENt HEARiNg ANd oNE With thE BuREA oF FEdEfA| PRisoNs DR. KiSSiN, I AM iNCOMPEtENt, but thERE is No FiNAl RulE-iNg oN My CoMPEtENcy yEt.

I WAS AblE to dismiss AttoRNEy GARRity ON JuNE 01, 2012 by thE NEW HAMPShiRE AttoRNEy DisipliNE OFFicE. AttoRNEy JAMES DEVito iNFORMEd JudgE LA PlANtE to dis-Miss AttoRNEy GARRity iN My OpiNioN FoR INEFFEctiVE ASSistANcE OF CouNsEl, ELEN though JudgE LA PlANtE WAS AgAiNst it, it WAS thE SuPREME Court who DisipliNE ALL bAR AttoRNEys NOt thE FEdERAl Court So JudgE LA PlANtE hAd No ChoicE but to dismiss him,

## Page Seven

With Attorney Garrity dismissed I am
trying to get all of Dr. Mart's two hour
Competency Hearings dismissed as well,
because it was Attorney Garrity who did
hire. Doctor Mart to Falsely State I
Am incompetent, when the Bureau of Prisons
Found me Competent to Stand trial. Dr.
Mart Never gave me a complete Competency
Hearing which was less than two hours and
Federal Medical Center in Devens, MA. gave
me a totally Complete Competency Hearing
on which I Stayed at Fort Devens for
56 days, when Judge La Plante only asked
For a 30 day Evaluation of Competency.

I Am asking you Chief Justice Steven
McAuliffe to Dismiss or Recuse Judge
La Plante in this Case which is 81 years
Old and the indictment was on or about
July 31, 2010, which means on July 31, 2010 or
about which means around up to 5 days
And any indictment that is over two
Months old is Considered Stale. See United
States v. McKinley (1901), which Clearly does
State that a indictment which is over
two months old Should be dismissed,
And Attorney Schulman is Falsly Stated
that the Federal Court Can Hear an in-
dictment that clearly shows that I Lived
in New Hampshire From July, August, Septem-
ber, And October, that is over 4 months
indictment Should be dismissed. Sincerely, [signature]

CC/File

# EXHIBITS

U.S. DISTRICT COURT
DISTRICT OF N.H.

2011 JAN 19 A 11: 34

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

**UNITED STATES OF AMERICA**

**v.**

**1:11-cr-** 6-01-JL

**BRIAN E. MAHONEY**

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

Between on or about July 31, 2010 and November 5, 2010, in the Districts of New Hampshire and Massachusetts, the defendant

### BRIAN E. MAHONEY,

an individual required to register under the Sex Offender Registration and Notification Act, who traveled in interstate commerce from the State of New Hampshire to Massachusetts, knowingly failed to update his sex offender registration in the State of New Hampshire, as required by the Sex Offender Registration and Notification Act.

In violation of Title 18, United States Code, Section 2250(a).

January 19, 2011

TRUE BILL

Grand Jury Foreperson

John P. Kacavas
United States Attorney

By:

Arnold H. Huftalen
Assistant U.S. Attorney

01/21/2011 09:27 FAX 6177046754
JAN-21-2011 08:23 From:
Case 1:11-cr-00006-JL Document 106 Filed 06/26/12 Page 10 of 10
To:6177046754
002/002
P.3/3

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

| | |
|---|---|
| United States of America<br>v.<br><br>Brian Mahoney<br>*Defendant* | )<br>)<br>)  Case No.  Cr. No. 11- $Cr$ - $6$ - $0l$ - $JL$<br>)<br>) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Brian Mahoney
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Failure to Register as Sex Offender

Date: 1/20/2011

                            *Issuing officer's signature*

City and state:    Concord, New Hampshire       Kathy DuPont Deputy Clerk
                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . |
| Date: _____                        _____<br>                                     *Arresting officer's signature*<br><br>                                     _____<br>                                       *Printed name and title* |