UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                    Criminal No. 11-cr-006-01-JL

Brian E. Mahoney

## O R D E R

In accordance with the Court Order entered on June 29, 2012, the defendant has been committed to the custody of the Attorney General of the United States who shall hospitalize him for treatment in a suitable facility for a reasonable period of time, not to exceed four months, to determine whether there is a substantial probability that in the foreseeable future he will obtain the capacity to permit trial to proceed in this matter.

Therefore, in furtherance to the Commitment order and the defendant's continued mental health care and treatment, trial will be continued pending the resolution of the competency determination. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv).

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: July 2, 2012

cc: Arnie Huftalen, AUSA
    Andy Schulman, Esq.
    U.S. Marshal
    U.S. Probation