UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| UNITED STATES | |
|---|---|
| v. | 11-CR-06 |
| BRIAN MAHONEY | |

DEFENDANT'S NOTICE OF APPEAL

Defendant Brian Mahoney appeals from this court's order and decision of June 29, 2012 which (a) found him to be incompetent to stand trial and (b) committed him to the custody of the Attorney General for up to 120 days pursuant to 18 U.S.C. §4241. See, United States v. Flippi, 211 F.3d 649, 650-651 (1st Cir. 2000) (holding that an order of commitment under 18 U.S.C. §4241 may be appealed under the collateral order doctrine).

This notice of appeal has been pursuant to Mr. Mahoney's s written and verbal instructions.

Mr. Mahoney does not want undersigned counsel to represent him on appeal. He wishes the Court of Appeals to appoint new counsel for him on appeal.

Respectfully submitted,

July 9, 2012

/s/ Andrew R. Schuman              ,
Andrew R. Schulman, Esq.
GETMAN, SCHULTHESS
 & STEERE, P.A.
1838 Elm Street
Manchester, New Hampshire 03104
603/634-4300
NH Bar 2276

CERTIFICATE OF SERVICE

    I, Andrew R. Schulman, hereby certify that I have mailed a copy of this motion to all counsel of record on July 9, 2012 via the Court's ECF facilities.

                                      /s/Andrew R. Schulman      ,
                                      Andrew R. Schulman