UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

UNITED STATES OF AMERICA

NO. 11 CR 6 JL

2012 JUL -9  P 12: 22

V.

BRIAN MAHONEY

## **MOTION FOR PAYMENT PRIOR TO DISPOSITION OF CASE**

NOW COMES Brian Mahoney's attorney, Paul J. Garrity, and moves this Court to allow

him to receive payment for work completed in the above-entitled matter.

In support of this Motion, Attorney Garrity states as follows:

1.  Attorney Garrity previously filed his appearance with this Court on behalf of
    Brian Mahoney.

2.  Attorney Garrity has since withdrawn from this case at the request of Mr.
    Mahoney

3.  Mr. Mahoney's case is still ongoing.

4.  The undersigned counsel is respectfully asking this Court to authorize payment of
    his Criminal Justice Act fee request prior to disposition of Mr. Mahoney's case.

WHEREFORE, Attorney Garrity respectfully requests that this Court grant his Motion.

Respectfully submitted,
Brian Mahoney,
By his Former Attorney,

Date:    July 6, 2012

_____
Paul J. Garrity
Bar No. 905
14 Londonderry Road

Londonderry, NH 03053
603-434-4l06

## CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 6th day of July, 2012, a copy of the within was mailed, postage prepaid, to the United States Attorney's Office.

Paul J. Garrity