UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1.     D.C.#   Criminal No. 11-cr-0006-01-JL      C.C.A.#

2.     TITLE OF CASE:   USA v. Brian Mahoney

3.     NAME OF COUNSEL FOR APPELLANT(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

4.     NAME OF COUNSEL FOR APPELLEE(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

5.     NAME OF JUDGE: Joseph N. Laplante, Chief Judge

6.     COURT REPORTER(S) & DATES:     Susan Bateman   - 603 225-1453
   - Detention Hearing held on 2/8/2011
   - Motion Hrg – 6/1/12

   Sandra L. Bailey – 603 225-1454
   - Status of Counsel Hrg – 2/18/11
   - Show Cause Hrg – 4/21/11
   - Status/Motion Hrg – 8/16/11
   - Status Hrg – 11/8/11
   - Competency related Hrg – 3/27/12
   - Competency related Hrg – 4/5/12

   Diane Churas – 603 225-1442
   - Status Hrg – 10/6/11

    TRANSCRIPTS ORDERED / ON FILE      YES

7.     HEARING / TRIAL EXHIBITS      YES

8.     COURT-APPOINTED COUNSEL      YES

9.     FEE PAID      NO

10.     IN FORMA PAUPERIS      YES

11.     MOTIONS PENDING      YES

12.     GUIDELINES CASE      NO

13.     RELATED CASES ON APPEAL      NO

    C.C.A. # (IF AVAILABLE):      DATE OF LAST N OF A:      N/A

14.     SPECIAL COMMENTS: