UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Unites States of America

    v.                                    Criminal No. 11-cr-0006-01-JL

Brian E. Mahoney

CLERK'S INTERLOCUTORY CERTIFICATE TO
CIRCUIT COURT OF APPEALS

    I, Charli Pappas, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following are herewith transmitted to the First Circuit Court of Appeals to constitute the record on appeal

    DOCUMENTS NUMBERED:   107

    The Clerk's Office hereby certifies that the record and docket sheet available through ECF to be the certified record and the certified copy of the docket entries, and that all non-electronic documents of record will be forwarded with a copy of this Certificate.

    SEALED DOCUMENTS NUMBERED:   #108, Sealed Addendum
(Submitted in orange sealed envelope)

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, July 13, 2012

**JAMES R. STARR, Clerk**

**By: /s/ Charli M. Pappas, Deputy Clerk**
**Jul 13, 2012**

cc:    Andrew R. Schulman, Esq.
        Arnold H. Huftalen, AUSA