UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>USA</u>

    v.                                          Criminal No. 11-cr-0006-01-JL

<u>Brian Mahoney</u>

CLERK'S SUPPLEMENTAL CERTIFICATE TO
CIRCUIT COURT OF APPEALS

I, Charli Pappas, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following documents constitute the supplemental record on appeal to the First Circuit Court of Appeals:

DOCUMENTS NUMBERED:

The Clerk's Office hereby certifies that the record and docket sheet available through ECF to be the certified record and the certified copy of the docket entries, and that all non-electronic documents of record will be forwarded with a copy of this Certificate.

SEALED DOCUMENTS NUMBERED: # 48 **SEALED GOODWIN COMMUNITY HEALTH REPORT**
(Submitted in orange sealed envelope)

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, July 24, 2012

**JAMES R. STARR**, Clerk

**By: /s/ Charli M. Pappas, Deputy Clerk**

**Jul 24, 2012**

cc:    Arnold H. Huftalen, AUSA
         Andy Schulman, Esq.