**NO COPY OF THIS TRANSCRIPT MAY BE MADE PRIOR TO 10/31/12

```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW HAMPSHIRE


         * * * * * * * * * * * * * *
                                   *
         UNITED STATES OF AMERICA  *
                                   *   11-cr-06-01-JL
                  v.               *   February 4, 2011
         BRIAN MAHONEY             *
                                   *
         *
         * * * * * * * * * * * * * *
```

TRANSCRIPT OF RECORDING OF
INITIAL APPEARANCE AND ARRAIGNMENT
BEFORE THE HONORABLE LANDYA B. MCCAFFERTY

Appearances:

For the Government:    Arnold Huftalen, AUSA
                       U.S. Attorney's Office
                       53 Pleasant Street
                       Concord, NH 03301

For the Defendant:     Jeffrey S. Levin, Esq.
                       Federal Defender Office
                       22 Bridge Street
                       Concord, NH 03301

For Probation:         Janice Benard

Court Reporter:        Diane M. Churas, CSR, CRR
                       Official Court Reporter
                       U.S. District Court
                       55 Pleasant Street
                       Concord, NH   03301
                       (603) 225-1442

1                BEFORE THE COURT

2           THE COURT:  How are you.

3           THE DEFENDANT:  Doing well.

4           THE CLERK:  Please be seated.  The Court has

```
 5    before it for consideration a first appearance and
 6    arraignment in the matter of United States of America
 7    versus Brian Mahoney, Criminal No. 11-cr-06-01-JL.
 8              THE COURT:  Do you need more time?
 9              MR. LEVIN:  No, we're all set.
10              THE COURT:  Okay.  Mr. Mahoney, this is your
11    arraignment on indictment.  Before we get into the
12    nature of the charges, I just want to make sure you
13    understand two important constitutional rights.  One is
14    your right to remain silent.  You're not required to
15    make any statement in this matter.  You need not say
16    anything to anyone.  If you start to make a statement,
17    you have a right to stop at anytime, and this is because
18    anything you say may be used against you.  Do you
19    understand that?
20              THE DEFENDANT:  Yes, your Honor.
21              THE COURT:  You also have a right to counsel
22    at every step of the proceedings.  You have a right to
23    hire your own counsel, or if you cannot afford counsel,
24    you may apply to the Court and I will appoint counsel
25    for you.  Do you understand that right?
```

                                                                3

```
 1              THE DEFENDANT:  Yes, your Honor.
 2              THE COURT:  Okay.  I do have an application
 3    and A request for the appointment of counsel signed by
 4    you on today's date and you filled in the financial
 5    declaration.  Is everything in there true, Mr. Mahoney?
 6              THE DEFENDANT:  Yes, your Honor.
 7              THE COURT:  Based upon your application and
```

 8    your affidavit, I have approved this request and I'm

 9    appointing Mr. Levin as your attorney in this case under

10    the Criminal Justice Act.

11              THE DEFENDANT:  Thank you very much, your

12    Honor.

13              THE COURT:  Okay.  Now, with respect to the

14    nature of the charges.  You've been brought before me

15    because the grand jury has brought indictment against

16    you charging you with one count of failing to register

17    as a sex offender.  Have you received a copy of the

18    indictment?

19              THE DEFENDANT:  I have.

20              THE COURT:  And Mr. Levin, have you reviewed

21    the charges with Mr. Mahoney?

22              MR. LEVIN:  Yes, your Honor.

23              THE COURT:  Do you believe that he understands

24    the nature of the charges?

25              MR. LEVIN:  I do, your Honor.

                                                            4

 1              THE COURT:  Does he waive a formal reading of

 2    the charges at this time?

 3              MR. LEVIN:  He does, your Honor.

 4              THE COURT:  How does he now plead?

 5              MR. LEVIN:  He pleads not guilty, your Honor.

 6              THE COURT:  Okay.  This case has been assigned

 7    for trial before Judge Laplante for the two-week period

 8    beginning April 3rd of this year.  And the estimated

 9    length of trial, Mr. Huftalen?

```
10              MR. HUFTALEN:  One day.
11              THE COURT:  One day.  I assume not complex.
12              MR. HUFTALEN:  Correct.
13              MR. LEVIN:  Your Honor, April 3rd is a Sunday.
14              THE CLERK:  April 5th.
15              THE COURT:  Good catch, Mr. Levin.  Thank you.
16   We aren't open on the weekend.
17              Now, with respect to the question of bail, I
18   have reviewed the very brief Pretrial Services report.
19   Is the government requesting detention?
20              MR. LEVIN:  We've scheduled a detention
21   hearing for next Tuesday, your Honor.
22              MR. HUFTALEN:  Yes, the government is seeking
23   detention.  We would request a hearing within three days
24   from today's date, which does not include intervening
25   Saturdays or Sundays.  So Monday, Tuesday, or Wednesday
```

                                                                5

```
 1   of next week would comport with the Federal Rules of
 2   Criminal Procedure.
 3              THE COURT:  Okay.  And Ms. Dupont has
 4   scheduled that for February 8th at 10:30 a.m.  And Mr.
 5   Mahoney, you understand you have your detention hearing,
 6   your bail hearing, on February 8th at 10:30 a.m.?
 7              THE DEFENDANT:  Yes.
 8              THE COURT:  Anything further to discuss today?
 9              MR. LEVIN:  Nothing further today, your Honor.
10              MR. HUFTALEN:  No, thank you.
11              THE COURT:  Then pending that hearing, Mr.
12   Mahoney, you're remanded to the custody of the United
```

```
13    States Marshal.
14              (Hearing adjourned.)
15
16
17
18
19
20
21
22
23
24
25
```

                                                                    6

```
 1
 2                    C E R T I F I C A T E
 3
 4         I, Diane M. Churas, do hereby certify that the
 5    foregoing transcript is a true and accurate
 6    transcription of the within proceedings, to the best of
 7    my knowledge, skill, abil
 8
 9    Submitted: 8/2/12
10
11
12
13
14
```

**DIANE M. CHURAS, LCR, CM**
LICENSED COURT REPORTER, NO. 16
STATE OF NEW HAMPSHIRE

15

16

17

18

19

20

21

22

23

24

25