UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

        v.                          Criminal No. 11-cr-006-01-JL

Brian E. Mahoney

O R D E R

On June 29, 2012 the Court issued a Commitment Order for Brian E. Mahoney. To assist in Mr. Mahoney's evaluation and with the assent of the government and the defendant, the Clerk's Office is ordered to send the following two sealed documents to Jennifer Gaucher, Forensic Secretary, FMC Devens Foresnic Psychologists:

- Goodwin Community Health Report dated April 21 2010 (Doc. No. 48 - Sealed).
- Letter dated September 26, 2011 by Dr. Eric (Doc. No. 49 - Sealed).

SO ORDERED.

August 17, 2012

                                            _____
                                            Joseph N. Laplante
                                            Chief Judge

cc:    Andrew Schulman, Esq.
        Arnold Huftalen, Esq.
        U. S. Probation
        U. S. Marshal