UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                                Criminal No. 11-cr-006-01-JL

<u>Brian E. Mahoney</u>

<u>O R D E R</u>

In accordance with the Commitment Order dated June 29, 2012, the defendant was committed to the custody of the Attorney General of the United States to undergo psychiatric and psychological evaluations. Pursuant to Shawn Channell, Ph.D., ABPP, Forensic Psychologist, defendant's evaluations are expected to be completed by December 10, 2012, and a final copy of the evaluations are to be filed within three weeks thereafter.

Therefore, trial will be rescheduled, if necessary, once the defendant's competency has been determined. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv).

SO ORDERED.

October 19, 2012

                                                        Joseph N. Laplante
                                                        Chief Judge

cc:    Andrew R. Schulman, Esq.
        Arnold H. Huftalen, Esq.