UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| UNITED STATES | | |
|---|---|---|
| v. | | 11-CR-06 |
| BRIAN MAHONEY | | |

DEFENDANT'S REQUEST FOR CONSIDERATION
OF PENDING MOTION TO DISMISS

Defendant Brian Mahoney requests this court to consider and rule on the pending motion to dismiss (Docket Document 92) while the issue of defendant's competency to stand trial remains pending.

The motion has been fully briefed and is ready for determination by the court. Regardless of whether the defendant is ultimately restored to competency, he will have no further role in the briefing or argument of the motion. The resolution of the motion will not affect the defendant's ability to argue other grounds for dismissal as he has attempted to do *pro se*.

Respectfully submitted,

November 28, 2012

/s/ Andrew R. Schuman                ,
Andrew R. Schulman, Esq.
GETMAN, SCHULTHESS
 & STEERE, P.A.
1838 Elm Street
Manchester, New Hampshire 03104
603/634-4300
NH Bar 2276

## CERTIFICATE OF SERVICE

I, Andrew R. Schulman, hereby certify that I have mailed a copy of this motion to all counsel of record on November 28, 2012 via the Court's ECF facilities.

/s/Andrew R. Schulman                ,
Andrew R. Schulman

2