UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:11-cr-006-01-JL |
| | ) | |
| BRIAN MAHONEY | ) | |

GOVERNMENT'S ASSENTED-TO MOTION FOR LEAVE TO FILE
SUPPLEMENTAL MEMORANDUM IN SUPPORT OF OBJECTION TO
DEFENDANT'S MOTION TO DISMISS (Docket # 92)

Defense counsel filed a Motion to Dismiss (Docket #92) on May 24, 2012. The government filed an Objection (Docket #100) on June 8, 2012. The Court took the matter under advisement and instructed defense counsel to request the Court to act on the Motion if and when desired. On November 28, 2012 defense counsel filed a Motion (Docket #136) requesting that the Court rule on the Motion to Dismiss (Docket #92).

It has been more than six months since the government filed it's Objection. In that time several Courts have issued decisions, including the First Circuit, that support the government's position.

WHEREFORE the government respectfully requests that the Court grant leave to the government to file a brief Supplemental Memorandum in support of it's Objection (Docket #100) to the defendant's Motion to Dismiss (Docket # 92) not later than close of business Friday, December 14, 2012.

December 13, 2012                                       Respectfully submitted,

                                                        JOHN P. KACAVAS
                                                        United States Attorney

                                                        /s/ Arnold H. Huftalen
                                                        Arnold H. Huftalen
                                                        Assistant U.S. Attorney
                                                        NH Bar Association #1215
                                                        53 Pleasant Street, 4th Floor
                                                        Concord, New Hampshire 03301
                                                        (603) 225-1552
                                                        arnold.huftalen@usdoj.gov

### CERTIFICATION RE: SERVICE & CONCURRENCE

I certify that a copy of this Motion has been served upon Andrew Schulman, Esq., defense counsel of record, via ecf filing notice today, December 13, 2012. Defense counsel assents to the relief sought with respect to this Motion for Leave.

                                                        /s/ Arnold H. Huftalen
                                                        Arnold H. Huftalen