UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

     v.               Cr. No. 11-cr-6/01-JL

Brian E. Mahoney

**PROCEDURAL ORDER**

After the recent chambers conference with counsel and the joint statement of counsel and request for order regarding restoration hearing (doc. no. 140), the court orders that the defendant's restoration evaluation be completed, and that the report be filed with the court, as soon as medically practicable consistent with the evaluator's obligation pursuant to the court's original restoration evaluation under (doc. no. 107). Upon receipt of the report, the court will expeditiously schedule a hearing thereon at which the defendant and counsel shall be present.

    **SO ORDERED.**

                                /s/ Joe Laplante
                                Joseph N. Laplante
                                United States District Judge

Dated: January 11, 2013

cc: Arnold H. Huftalen, AUSA
    Andrew R. Schulman, Esq.