# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

USA

v.

Brian Mahoney

U S DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Case # 1-cr-6-01-FEB 13 2013

## EXHIBITS

### FILED

OFFERED BY:

| NUMBER/LETTER | DESCRIPTION |
|---|---|
| 1 | Shawn Channell CV |
| 2 | Forensic Report dated 1/16/13 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

USDCNH-25 (2-96)