UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES | |
| v. | 11-CR-06 |
| BRIAN MAHONEY | |

DEFENDANT'S NOTICE OF APPEAL

Defendant Brian Mahoney appeals from this court's order and decision of February 21, 20103 which (a) found him to be incompetent to stand trial and not restorable (b) committed him to the custody of the Attorney General for up for a determination of future dangerousness.

Respectfully submitted,

February 28, 2013

/s/ Andrew R. Schuman           ,
Andrew R. Schulman, Esq.
GETMAN, SCHULTHESS
 & STEERE, P.A.
1838 Elm Street
Manchester, New Hampshire 03104
603/634-4300
NH Bar 2276


CERTIFICATE OF SERVICE

I, Andrew R. Schulman, hereby certify that I have mailed a copy of this motion to all counsel of record on February 28, 2013 via the Court's ECF facilities.

/s/Andrew R. Schulman           ,
Andrew R. Schulman