UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES | |
| v. | 11-CR-06 |
| BRIAN MAHONEY | |

DEFENDANT'S MOTION TO APPROVE
INTERIM PAYMENT OF CJA VOUCHER

Counsel for defendant Brian Mahoney moves this court to allow counsel to submit a CJA voucher for interim payment. Defendant was found incompetent and not restorable. He was committed to the Bureau of Prisons for a risk assessment. It does not appear that counsel will be required to perform additional services at the District Court level absent an unanticipated change in the defendant's circumstances.

Therefore, approval of interim payment would be fair and equitable.

Respectfully submitted,

February 28, 2013

/s/ Andrew R. Schuman                ,
Andrew R. Schulman, Esq.
GETMAN, SCHULTHESS
 & STEERE, P.A.
1838 Elm Street
Manchester, New Hampshire 03104
603/634-4300
NH Bar 2276

CERTIFICATE OF SERVICE

I, Andrew R. Schulman, hereby certify that I have mailed a copy of this motion to all counsel of record on February 28, 2013 via the Court's ECF facilities.

/s/Andrew R. Schulman                ,
Andrew R. Schulman