UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES | |
| v. | 11-CR-06 |
| BRIAN MAHONEY | |

DEFENDANT'S WITHDRAWAL OF MOTION
FOR INTERIM PAYMENT OF CJA VOUCHER

Counsel for defendant Brian Mahoney withdraws his motion for interim payment of CJA voucher.

Respectfully submitted,

March 2, 2013  /s/ Andrew R. Schuman ,
Andrew R. Schulman, Esq.
GETMAN, SCHULTHESS
 & STEERE, P.A.
1838 Elm Street
Manchester, New Hampshire 03104
603/634-4300
NH Bar 2276

CERTIFICATE OF SERVICE

I, Andrew R. Schulman, hereby certify that I have mailed a copy of this motion to all counsel of record on March 2, 2013 via the Court's ECF facilities.

/s/Andrew R. Schulman ,
Andrew R. Schulman