UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1. D.C.# Criminal No. 11-cr-6-01-JL                                                               C.C.A.#

2. TITLE OF CASE:   USA v. Brian Mahoney

3. NAME OF COUNSEL FOR APPELLANT(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

4. NAME OF COUNSEL FOR APPELLEE(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

5. NAME OF JUDGE: Joseph N. Laplante, Chief Judge

6. COURT REPORTER(S) & DATES:
   **Susan Bateman 603 225-1453,**
   Detention Hrg - 2/8/2011
   Motion Hrg -    6/1/2012
   Competency Hrg – 2/21/2013
   **Sandra Bailey 603-225-1454**
   Status of Counsel Hrg - 2/18/2011
   Show Cause Hrg - 4/21/2011
   Status/Motion Hrg - 8/16/11
   Status Hrg - 11/8/2011
   Competency related Hrg - 3/27/2012
   Competency related Hrg - 4/5/2012
   **Diane Churas 603-225-1442**
   Status Hrg - 10/6/2011

   TRANSCRIPTS ORDERED / ON FILE          On file, except 2/21/2013 hrg

7.  HEARING / TRIAL EXHIBITS              YES

8.  COURT-APPOINTED COUNSEL               YES

9.  FEE PAID                              NO

10. IN FORMA PAUPERIS                     YES

11. MOTIONS PENDING                       NO

12. GUIDELINES CASE                       YES

13. RELATED CASES ON APPEAL               NO

    C.C.A. # (IF AVAILABLE):   12-1882

    DATE OF LAST N OF A:              July 9, 2012

14. SPECIAL COMMENTS: Appealing 2/21/2013 Order prior to entry of judgment.