UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

　　　　　　v.　　　　　　　　　　　　　　Criminal No. 11-cr-6-01-JL

<u>Brian E. Mohoney</u>

CLERK'S CERTIFICATE TO
CIRCUIT COURT OF APPEALS

　　　I, Kellie Otis, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following are herewith transmitted to the First Circuit Court of Appeals to constitute the record on appeal

　　　DOCUMENTS NUMBERED: 150, 151

　　　The Clerk's Office hereby certifies that the record and docket sheet available through ECF to be the certified record and the certified copy of the docket entries, and that all non-electronic documents of record will be forwarded with a copy of this Certificate.

　　　　　　　　　　　　　　　　IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, March 8, 2013

　　　　　　　　　　　　　　　　**JAMES R. STARR**, Clerk

　　　　　　　　　　　　　　　　**By: /s/ Kellie Otis, Deputy Clerk**

　　　　　　　　　　　　　　　　**Mar 08, 2013**

cc:　　　Counsel of Record