

U.S. Department of Justice

Federal Bureau of Prisons

Federal Medical Center, Devens

P.O. Box 880
Ayer, MA 01432

March 8, 2013

The Honorable Joseph N. Laplante
District of New Hampshire
Warren B. Rudman United States Courthouse
55 Pleasant Street, Room 110
Concord, New Hampshire 03301

RE: MAHONEY, Brian
    Reg. No.: 12232-049
    Crim. No.: 11-cr-06-JL

Dear Judge Laplante:

This letter is to inform you that the above-named defendant has been designated to undergo a 4246(b) forensic evaluation pursuant to your order dated February 21, 2013.

We expect to complete the study by April 10, 2013. The Court may expect a final copy of the forensic evaluation within three weeks of that notification.

The forensic psychologist assigned to this study is Dr. Shawn Channell. We have requested all relevant records on the case from both attorneys. Please feel free to contact Dr. Channell, at (978) 796-1000, extension 1471, should you need more information.

Sincerely,

J. Grondolsky
Warden