# United States Court of Appeals
## For the First Circuit

No. 12-1882

UNITED STATES OF AMERICA,

Appellee,

v.

BRIAN E. MAHONEY,

Defendant, Appellant.

**JUDGMENT**

Entered: June 3, 2013

    This cause came on to be heard on appeal from the United States District Court for the District of New Hampshire and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's order finding Brian E. Mahoney incompetent pursuant to 18 U.S.C. § 4241(d) is affirmed.

                By the Court:

                /s/ Margaret Carter, Clerk

cc: Mr. Aframe, Mr. Huftalen & Mr. Mann.