# United States Court of Appeals
## For the First Circuit

No. 12-1882

UNITED STATES

Appellee

v.

BRIAN E. MAHONEY

Defendant - Appellant

**MANDATE**

Entered: June 25, 2013

In accordance with the judgment of June 3, 2013, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Seth R. Aframe
Arnold H. Huftalen
Robert Barney Mann