# United States Court of Appeals
## For the First Circuit

No. 13-1317

UNITED STATES

Appellee

v.

BRIAN E. MAHONEY

Defendant - Appellant

**JUDGMENT**
Entered: October 16, 2013
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of defendant-appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

> By the Court:
> /s/ Margaret Carter, Clerk

cc:
Seth Aframe
Arnold Huftalen
Robert Mann
Brian Mahoney