# United States Court of Appeals
## For the First Circuit

No. 13-1317

UNITED STATES

Appellee

v.

BRIAN E. MAHONEY

Defendant - Appellant

**MANDATE**

Entered: October 16, 2013

    In accordance with the judgment of October 16, 2013, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Seth R. Aframe
Arnold H. Huftalen
Brian E. Mahoney
Robert Barney Mann