UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | 1:11-cr-0006-JL |
| **BRIAN MAHONEY** ) | |

## ASSENTED-TO MOTION TO ALLOW LATE FILING

The undersigned, with the assent of defense counsel of record, Attorney Andrew Schulman, respectfully requests authority to file the Government's Objection to pro se 4247(h) Request for Discharge late.

By Court Order dated December 4, 2013, counsel were ordered to file responsive pleadings to the defendant's *pro se* Motion to be Discharged Pursuant to 18 U.S.C. §4247(h) on or before December 18, 2013.

The undersigned only yesterday obtained a copy of transcript of a hearing in Mr. Mahoney's civil commitment proceeding which is pivotal to the issue raised by the defendant, and which is attached to the government's pleading as an exhibit.

WHEREFORE the undersigned requests leave to file the responsive pleading late.

December 27, 2013                                       Respectfully submitted,

                                                        JOHN P. KACAVAS
                                                        United States Attorney

                                                        By: /s/ Arnold H. Huftalen
                                                        Arnold H. Huftalen
                                                        Assistant U.S. Attorney
                                                        NH Bar Association #1215
                                                        53 Pleasant Street, 4th Floor
                                                        Concord, New Hampshire 03301
                                                        (603) 225-1552
                                                        arnold.huftalen@usdoj.gov

## CERTIFICATION OF SERVICE AND ASSENT

I certify that a copy of this Motion has been served upon Andrew Schulman, counsel of record, via ECF filing notice today, December 27, 2013 but NOT upon Mr. Mahoney, and that he assents to the relief sought.

                                                        /s/ Arnold H. Huftalen
                                                        Arnold H. Huftalen
                                                        Assistant U.S. Attorney