# United States Court of Appeals
## For the First Circuit

No. 13-2399

IN RE: BRIAN E. MAHONEY,

Petitioner.

Before

Lynch, Chief Judge,
Torruella and Howard, Circuit Judges.

**JUDGMENT**
Entered: January 6, 2014

Petitioner's request for a writ of mandamus/prohibition is denied.

Petitioner's request to proceed in forma pauperis is granted.

By the Court:

/s/ Margaret Carter, Clerk.

cc:
Hon. Joseph N. Laplante, Judge
Hon. Patti B. Saris, Judge
James R. Starr, Clerk
Robert Farrell, Clerk
Seth R. Aframe
Arnold H. Huftalen
Andrew R. Schulman
Patrick M. Callahan
Brian Mahoney